**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FRANKIE LEE DANIELS,**

    **Plaintiff,**

vs.                                                **CASE NO. 4:04CV236-MMP/AK**

**CPL. MACK NORTHON,**
**et al,**
    **Defendants.**

    _____/

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed a second amended complaint. (Doc. 23). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the second amended complaint should be directed.

At this point, Plaintiff must submit service copies of the second amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the second amended complaint for each named Defendant is necessary to effect service and must be submitted by

Plaintiff. As Plaintiff has named two (2) Defendants in this action, Plaintiff must provide the Court with two additional copies of the second amended complaint that are identical to the amended complaint, doc. 23, filed with the Court.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until **February 22, 2006**, to provide the Court with two (2) identical copies of her amended complaint for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this **1st** day of February, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:04CV236-MMP/AK