IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANKIE LEE DANIELS,

    Plaintiff,

v.                                  CASE NO. 4:04-cv-00236-MP-AK

MACK NORTON, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 69, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff was given additional time to file objections to the Report and Recommendation in doc. 73, but has not filed objections. Having reviewed all of the evidence offered by plaintiff, the Court agrees with the Magistrate Judge that plaintiff's claim is frivolous and should be dismissed under 28 U.S.C. § 1915(e)(2). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *4th* day of January, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge